IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES WESLEY WHITE,

Petitioner,

v.

CASE NO. 2:03-CV-842
CRIM. NO. 2:00-CR-0050
JUDGE MARBLEY
MAGISTRATE KING

UNITED STATES OF AMERICA,

Respondent.

## OPINION AND ORDER

On June 3, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that petitioner's motion under Rule 60(b) of the Federal Rules of Civil Procedure be construed as a successive petition and transferred to the United States Court of Appeals for the Sixth Circuit for authorization for filing. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*.

Petitioner objects to the Magistrate Judge's recommendation that this case be transferred to the Sixth Circuit as a successive petition. He again argues that this Rule 60(b) motion, in which he asserts that his attorney failed to disclose a conflict of interest and alleges prosecutorial misconduct in grand jury proceedings, raises an issue of fraud or a challenge to the integrity of judicial proceedings such that his motion may be properly construed under Rule 60(b). *See Objections.*

Pursuant to 28 U.S.C. §636(b), this Court has conducted a *de novo* review of the

*Report and Recommendation.* For the reasons detailed by the Magistrate Judge, this Court agrees that petitioner's Rule 60(b) motion raises new claims as that term is defined under *Gonzalez v. Crosby*, 545 U.S. 524 (2005). The motion must therefore be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition.

Petitioner's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. Petitioner's motion under Rule 60(b) is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit for authorization for filing as a successive petition.

**IT IS SO ORDERED.**

*s/Algenon L. Marbley*
ALGENON L. MARBLEY
United States District Judge
